UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21517-CIV-WILLIAMS/TORRES

OFRA CHANTI,

    Plaintiff,

vs.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

THIS MATTER is before the Court on the Plaintiff's Unopposed Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA) that followed the Final Judgment of Remand entered October 13, 2021. [D.E. 22]. No objection exists to the granting of this motion for fees. The Court's independent review of the record shows that Plaintiff is entitled to reasonable fees under the EAJA in the amount of $7,008.97 plus costs of $400.00. Plaintiff prevailed in the action and the Defendant's position was not so substantially justified as to deny Plaintiff prevailing party fees under 28 U.S.C. § 2412(d)(1)(A). Moreover, the hourly rate and number of hours requested in the motion are reasonable and compensable under 28 U.S.C. § 2412(d)(2)(A)(ii).

Accordingly it is hereby

RECOMMENDED that the motion for fees be GRANTED and that Plaintiff be awarded reasonable fees and costs under the EAJA in the total amount of $7,408.97. Further:

1. EAJA fees are to be awarded, based on the statutory hourly rate plus cost of living, to the Plaintiff and delivered to Plaintiff's counsel, Katherine O. Palacios-Moreno, pursuant to the assignment to counsel from Plaintiff.

2. If the United Stated Department of the Treasury verifies to the Office of the General Counsel that the Plaintiff does not owe a debt, the government should honor Plaintiff's assignment of EAJA fees and make payment directly to counsel.

3. To expedite matters for good cause, any objection to this Report and Recommendation must be filed by April 25, 2022.

**DONE AND ORDERED**, in Chambers, at Miami, Florida, this 21st day of April, 2022.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge