United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Ofra Chanti, Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 20-21517-Civ-Scola |
| | ) |
| Commissioner of Social Security, Defendant. | ) |

## Order Adopting the Magistrate's Report and Recommendation

This matter was referred to United States Chief Magistrate Judge Edwin G. Torres for a report and recommendation on the Plaintiff's unopposed motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). On April 21, 2022, Judge Torres issued a report, recommending that the Court grant the motion and award the Plaintiff attorney's fees in the amount of $7,008.97 and costs in the amount of $400. (Report & Recommendation, ECF No. 25.) No objections have been filed, and the time to object has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, this Court finds Judge Torres's report and recommendation cogent and compelling.

The Court **affirms and adopts** Judge Torres's report and recommendation. (**ECF No. 25**.) The Court **grants** the Plaintiff's motion for attorneys' fees. (**ECF No. 24**.) Consistent with the report, the Court awards **$7,408.97** in attorneys' fees and costs to the Plaintiff. EAJA fees are to be awarded, based on the statutory hourly rate plus cost of living, to the Plaintiff and delivered to Plaintiff's counsel, Katherine O. Palacios-Moreno, pursuant to the assignment to counsel from Plaintiff. If the United States Department of the Treasury verifies to the Office of the General Counsel that the Plaintiff does not owe a debt, the government should honor Plaintiff's assignment of EAJA fees and make payment directly to counsel.

**Done and ordered** in Miami, Florida, on April 26, 2022.

_____
Robert N. Scola, Jr.
United States District Judge